IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CODY SCOTT GARRETT and JOSHUA
DEANTHONY WOODSON                                          PLAINTIFFS

v.                                No. 4:26-cv-657-DPM

DR. WILLIAM SHEPPARD;  SHEPPARD
ENTITIES, INC;  UNITED
CHIROPRACTIC AND MEDICAL, PLLC;
DOCTOR'S ALLIANCE, LLC;
TRANSWORLD BUSINESS ADVISORS,
LLC;  LESLIE WM. ADAMS, Individually;
WILLIAM MYSKA IRVINE, Individually;
LESLIE WM. ADAMS & ASSOCIATES,
PLLC;  STACEY L. BARNES, Individually;
MONICA ALEJANDRA GARZA-HOVEL,
Individually;  and KEARNEY
MCWILLIAMS & DAVIS, PLLC                          DEFENDANTS

## JUDGMENT

Garrett and Woodson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
16 July 2026