**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CODY SCOTT GARRETT and JOSHUA DEANTHONY WOODSON** **PLAINTIFFS**

**v.** **No. 4:26-cv-657-DPM**

**DR. WILLIAM SHEPPARD; SHEPPARD ENTITIES, INC; UNITED CHIROPRACTIC AND MEDICAL, PLLC; DOCTOR'S ALLIANCE, LLC; TRANSWORLD BUSINESS ADVISORS, LLC; LESLIE WM. ADAMS, Individually; WILLIAM MYSKA IRVINE, Individually; LESLIE WM. ADAMS & ASSOCIATES, PLLC; STACEY L. BARNES, Individually; MONICA ALEJANDRA GARZA-HOVEL, Individually; and KEARNEY MCWILLIAMS & DAVIS, PLLC** **DEFENDANTS**

**ORDER**

Garrett has decided not to pursue this case further at the present time. All pending motions, *Doc. 10*, are denied without prejudice as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 October 2026